JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rhonery Mangahas,<br><br>              Plaintiff,<br><br>   vs.<br><br>Barclays Bank Delaware,<br><br>             Defendant. | Case No.: 8:16-cv-00093-JVS (JCGx)<br><br>**ORDER GRANTING DEFENDANT BARCLAYS BANK DELAWARE'S MOTION TO COMPEL ARBITRATION AND TO STAY, OR IN THE ALTERNATIVE, DISMISS ACTION**<br><br>Ct. Rm:          10C<br><br>Honorable James V. Selna<br>Honorable Jay C. Gandhi |

Defendant Barclays Bank Delaware ("Barclays") Motion to Compel Arbitration and to Stay, or in the Alternative, Dismiss Action came on for regularly noticed hearing on May 9, 2016, before the Honorable James V. Selna. The Court, having been informed by Barclays and Plaintiff Rhonery Mangahas that they submit on the tentative ruling issued on May 6, 2016, and after full consideration of all papers, arguments, pleadings, and good cause appearing,

IT IS HEREBY ORDERED, Barclays' motion to compel arbitration and dismiss the action is granted for the reasons set forth in the Court's May 9, 2016 Order GRANTING Defendant's Motion to Compel Arbitration (ECF Docket No. 20).

DATED: May 20, 2016

_____
Honorable James V. Selna
United States District Court Judge